FILED: April 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1328
(5:24-cv-00481-FL)

_____

SUSAN JANE HOGARTH

        Plaintiff - Appellant

v.

SAM HAYES, in his official capacity as Executive Director of the North Carolina
State Board of Elections; JEFF CARMON, in his official capacity as a Member of
the North Carolina State Board of Elections; STACY EGGERS, IV, in his official
capacity as Secretary of the North Carolina State Board of Elections; SIOBHAN
O'DUFFY MILLEN, in her official capacity as a Member of the North Carolina
State Board of Elections; DANIELLE BRINTON, in her official capacity as
Investigator for the North Carolina State Board of Elections; OLIVIA MCCALL,
in her official capacity as Director of the Wake County Board of Elections;
KEITH WEATHERLY, in his official capacity as Chair of the Wake County
Board of Elections; ANGELA HAWKINS, in her official capacity as a Member
of the North Carolina State Board of Elections; GREG FLYNN, in his official
capacity as a Member of the Wake County Board of Elections; GERRY COHEN,
in his official capacity as Secretary of the Wake County Board of Elections;
LORRIN FREEMAN, in her official capacity as Wake County District Attorney;
FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina
State Board of Elections; STEVEN LONG, in his official capacity as a Member of
the Wake County Board of Elections; DONNA WILLIAMS, in her official
capacity as a Member of the Wake County Board of Elections

        Defendants – Appellees

_____

O R D E R

_____

Upon consideration of the joint motion to amend the caption, the court

grants the motion. The caption of this appeal has been amended as shown above.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk