FILED:  April 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1328
(5:24-cv-00481-FL)

_____

SUSAN JANE HOGARTH

　　　　Plaintiff - Appellant

v.

SAM HAYES, in his official capacity as Executive Director of the North Carolina
State Board of Elections; JEFF CARMON, in his official capacity as a Member of
the North Carolina State Board of Elections; STACY EGGERS, IV, in his official
capacity as Secretary of the North Carolina State Board of Elections; SIOBHAN
O'DUFFY MILLEN, in her official capacity as a Member of the North Carolina
State Board of Elections; DANIELLE BRINTON, in her official capacity as
Investigator for the North Carolina State Board of Elections; OLIVIA MCCALL,
in her official capacity as Director of the Wake County Board of Elections;
KEITH WEATHERLY, in his official capacity as Chair of the Wake County
Board of Elections; ANGELA HAWKINS, in her official capacity as a Member
of the North Carolina State Board of Elections; GREG FLYNN, in his official
capacity as a Member of the Wake County Board of Elections; GERRY COHEN,
in his official capacity as Secretary of the Wake County Board of Elections;
LORRIN FREEMAN, in her official capacity as Wake County District Attorney;
FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina
State Board of Elections; STEVEN LONG, in his official capacity as a Member of
the Wake County Board of Elections; DONNA WILLIAMS, in her official
capacity as a Member of the Wake County Board of Elections

　　　　Defendants – Appellees

_____

O R D E R

_____

Upon review of submissions relative to the motion to expedite, the court establishes an accelerated briefing schedule for this case and defers further consideration of the motion pending assignment of the case to a panel for review on the merits.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk