Filed: July 17, 2026

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
ORAL ARGUMENT NOTIFICATION**

| | |
|---|---|
| **ORAL ARGUMENT NOTIFICATION** | Please take notice that this case has been scheduled for oral argument as set forth below. |
| **CASE** | **No. 26-1328,** **Susan Hogarth v. Sam Hayes**<br>5:24-cv-00481-FL |
| **PLACE** | Lewis F. Powell, Jr., United States Courthouse<br>1000 East Main Street<br>Richmond, Virginia 23219 |
| **ENTRANCE & CHECK-IN** | Enter at 1000 East Main St. and check-in at Room 102 (Clerk's Office)<br>The entrance opens at 7:30 AM during court week. |
| **DATE** | **09/15/2026** |
| **SESSION STARTING TIME** | **9:30 a.m.** |
| **CHECK-IN TIME** | **At least one hour before the first scheduled argument of the day.** |
| **ORAL ARGUMENT ACKNOWLEDGMENT FORM TO BE FILED WITHIN 7 DAYS** | Arguing counsel must file the **ORAL ARGUMENT ACKNOWLEDGMENT FORM** within 7 calendar days of service of this notification. (Click link to access form. ECF Event: **Oral Argument Acknowledgement**.) |
| **COURTHOUSE INFORMATION** | • Picture ID is required.<br>• No food, water, other beverages, or potential weapons allowed.<br>• Electronic devices permitted for counsel and their staff. Devices must be turned off in the courtroom, unless being used by counsel (in silent mode) during presentation of argument.<br>• For hearing assistance or other access accommodations, call 804-916-2714 in advance of argument date.<br>• Directions, hotel, and parking information are available at **www.ca4.uscourts.gov/oral-argument/visiting-the-court** . |
| **CJA CASES** | CJA attorneys traveling by plane or train must submit a **CJA Authorization Request - Travel form**. Counsel bases their estimated airfare on the **GSA City-Pair Program Airfares**. |

(refer toYCA). Once the court has approved the Travel Voucher through CJA eVoucher, counsel should call the National Travel Service at 800-445-0668 to obtain government-rate plane or train reservations.

**ARGUMENT TIME** — Each side is normally allowed 20 minutes; if more than one attorney is arguing per side, they must agree on how the time is to be divided. In en banc cases, each side receives 30 minutes. Appellants & cross-appellants may reserve up to 1/3 of the time for rebuttal.

**IDENTITY OF PANEL & ORDER OF CASES** — The identity of the panel hearing a case is not disclosed until the morning of argument. The order of cases is subject to change until the morning of argument and is announced in the courtroom.

**MOTIONS TO SEAL** — Any motion to seal the courtroom for oral argument must be filed at least 5 days prior to argument and state whether opposing counsel consents to the motion.